In re Zella WALLACE ESTATE.

Larry ROBERTSON,
Plaintiff/Appellant,

v.

SOUTHSIDE NATIONAL BANK et al.,
Defendant/Respondent.

No. 57769.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 30, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Dec. 12, 1990.

Application to Transfer Denied
Feb. 7, 1991.

David Eric Sowers, Bernard W. Weitzman, Elaine Bensavage, St. Louis, for plaintiff/appellant.

Samuel T. Vandover, William Sitzer, St. Louis, for defendant/respondent.

ORDER

PER CURIAM.

This is an appeal from a judgment entered after a jury verdict in an action to set aside a trust agreement. No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).